Appellant raises two points on appeal. First, Appellant argues the trial court abused its discretion when it denied his motion for a continuance to depose the victims and another witness. Second, Appellant claims the trial court plainly erred in admitting impeachment testimony from a defense attorney who advised Appellant to surrender to the police.

We have reviewed the briefs of the parties, the legal file, and the transcript on appeal. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. We have, however, provided a memorandum opinion, only for the use of the parties, setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 30.25(b).

Before GARY M. GAERTNER, JR., P.J., MARY K. HOFF, J., and PATRICIA L. COHEN, J.

### ORDER

PER CURIAM.

Movant, Ted E. Davison, Jr., appeals from the judgment denying his Rule 29.15 motion after an evidentiary hearing. An opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this decision. We affirm the judgment pursuant to Rule 84.16(b).

■

**Ted E. DAVISON, Jr.,**
**Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 93401.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Aug. 17, 2010.

John K. Tucci, St. Louis, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

**STATE of Missouri, Respondent,**

v.

**Robert SLACK, Appellant.**

**No. ED 93182.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 17, 2010.

Timothy Forneris, Saint Louis, MO, for Appellant.

Chris Koster, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, MO, for Respondent.